Nos. 686, 687. MAURICE SUGAR *v.* UNITED STATES. November 4, 1918. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Willis G. Clark* for petitioner. *Mr. Assistant to the Attorney General Todd, Mr. Assistant Attorney General Porter* and *Mr. W. C. Herron* for the United States.

No. 703. SAMUEL R. MAYNARD *v.* MATT G. REYNOLDS ET AL., ETC. November 4, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. O. H. Dean, Mr. H. M. Langworthy* and *Mr. Roy B. Thomson* for petitioner. No appearance for respondents.

No. 717. DRUSA STURM ET AL. *v.* JOHN S. STUMP ET AL. November 4, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. E. Haymond* for petitioners. No appearance for respondents.

No. 692. ALTHEIMER & RAWLINGS INVESTMENT COMPANY *v.* E. B. ALLEN, U. S. COLLECTOR OF INTERNAL REVENUE. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. David Goldsmith* for petitioner. *Mr. Assistant to the Attorney General Todd* and *Mr. W. C. Herron* for respondent.

No. 709. JAMES F. BISHOP, ADMINISTRATOR, ETC., *v.* GREAT LAKES TOWING COMPANY. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of

Appeals for the Seventh Circuit denied. *Mr. Harry W. Standidge* for petitioner. *Mr. Harvey D. Goulder, Mr. Thomas H. Garry, Mr. James H. Wilkerson* and *Mr. Edwin H. Cassels* for respondent.

No. 710. PITTSBURGH COAL COMPANY OF ILLINOIS *v.* GREAT LAKES TOWING COMPANY. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harrison Musgrave* and *Mr. William S. Oppenheim* for petitioner. *Mr. Harvey D. Goulder, Mr. Thomas H. Garry, Mr. James H. Wilkerson* and *Mr. Edwin H. Cassels* for respondent.

No. 726. NORTHWESTERN ELECTRIC EQUIPMENT COMPANY *v.* BENJAMIN ELECTRIC MANUFACTURING COMPANY. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick W. Winter* for petitioner. *Mr. W. Clyde Jones* for respondent.

No. 713. BRENNAN CONSTRUCTION COMPANY *v.* JOHN L. NEWBOLD. November 18, 1918. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George E. Sullivan* and *Mr. John J. Hamilton* for petitioner. No appearance for respondent.

No. 720. THOMAS J. MOONEY *v.* PEOPLE OF THE STATE OF CALIFORNIA. November 18, 1918. Petition for a writ